BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO. 2:12-MJ-00168 GGH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING DETENTION HEARING** |
| ERIC JOHNSTON, | |
| Defendant. | |

The parties request that the detention hearing currently set for Thursday, June 21, 2012, at 2:00 p.m., be continued to Friday, June 22, 2012, at 2 p.m. This request is made in order to allow both parties sufficient time to prepare for the detention hearing.

Dated: 06/21/2012                                Respectfully Submitted,

                                                 BENJAMIN B. WAGNER
                                                 United States Attorney

                                         By:     */s/ Kyle Reardon*
                                                 KYLE REARDON
                                                 Assistant U.S. Attorney


Dated: 06/21/2012                                */s/ Kyle Reardon* for
                                                 JAN KAROWSKY
                                                 Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>v.<br><br>ERIC JOHNSTON,<br><br>                Defendant. | CASE NO.  2:12-MJ-00168 GGH<br><br>**ORDER CONTINUING DETENTION HEARING** |

    The parties' stipulation is approved and so ordered as good cause is shown.  The detention hearing currently set for Thursday, June 21, 2012, at 2 p.m. is continued to Friday, June 22, 2012, at 2 p.m.

Dated:June 21, 2012

                                        /s/ Gregory G. Hollows
                                        GREGORY G. HOLLOWS
                                        United States Magistrate Judge